THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK S. GALVIN, ADC #163461**                                                       **PETITIONER**

**v.**                         **Case No. 5:19-cv-00137-KGB**

**WENDY KELLEY**                                                              **RESPONDENT**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney on August 12, 2019 (Dkt. No. 4). No objections have been filed, and the deadline for filing objections has since passed. Therefore, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law. The Court grants petitioner Derrick S. Galvin's motion to dismiss (Dkt. No. 3) and dismisses without prejudice Mr. Galvin's petition for a writ of *habeas corpus*.

It is so ordered this 9th day of March, 2020.

_____
Kristine G. Baker
United States District Judge